Name, Address and Telephone Number of Attorney(s):
Hector O. Villagra (SBN 177586)
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
2140 W. Chapman Avenue, Suite 209
Orange CA 92868
714-450-3962
714-450-3969 (fax)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEELAH MEDINA,<br><br>Plaintiff(s)<br>v.<br><br>COUNTY OF SAN BERNARDINO, a political subdivision; GARY PENROD, in his individual and official capacities; DOES 1 THROUGH 10, in their individual and official capacities;<br><br>Defendant(s). | CASE NUMBER<br><br>5:07-CV-1600 VAP (OPx)<br><br>**SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE** |

Pursuant to Local Rule 16-15, the parties recommend that the Court approve the following settlement procedure:

☑ **SETTLEMENT PROCEDURE NO. 1** - The parties shall appear before the ☐ district judge *or* ☑ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐ **SETTLEMENT PROCEDURE NO. 2** - The parties shall appear before an attorney selected from the Attorney Settlement Officer Panel for all further settlement proceedings.

☐ **SETTLEMENT PROCEDURE NO. 3** - The parties shall appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings.

Dated: July 29, 2008        [signature]        Hector O. Villagra
                            Attorney for Plaintiff Jameelah Medina

Dated: _____       _____
                            Attorney for Plaintiff

Dated: _____       _____
                            Attorney for Defendant

Dated: _____       _____
                            Attorney for Defendant

Dated: _____       _____
                            Attorney for Defendant

**NOTE:** The (ADR-01 ORDER): ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE must be submitted with this Request. If additional signatures are required, attach an additional page to this request.

ADR-01 (03/07)     SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE