1 | DANA ALDEN FOX, S.B. # 119761
  | GRETA KATZ, S.B. #249400
2 | **LYNBERG & WATKINS**
  | A Professional Corporation
3 | 888 South Figueroa Street, 16th Floor
  | Los Angeles, CA 90017
4 | Phone: (213) 624–8700
  | Fax:    (213) 892–2763
5 | E-mail: dfox@lynberg.com /gkatz@lynberg.com

6 | Attorneys for Defendants SAN BERNARDINO COUNTY SHERIFF'S
  | DEPARTMENT, Sheriff Gary Penrod  (**Exempt per Gov't Code Section 6103**)
7 |

8 |              UNITED STATES DISTRICT COURT

9 |              CENTRAL DISTRICT OF CALIFORNIA

10 |

11 | JAMEELAH MEDINA,                        )  CASE NO: EDCV07-1600 VAP (OPx)
                                             )
12 |           Plaintiff(s),                 )
                                             )  NOTICE OF SETTLEMENT
13 |                                         )
                                             )
14 |     v.                                  )
                                             )
15 | COUNTY OF SAN BERNARDINO, a )
    | political subdivision; GARY            )
16 | PENROD, in his individual and           )
    | official capacities; DOES 1 through    )
17 | 10, in their individual and official    )
    | capacities;                            )
18 |                                         )  Complaint Filed:   12/5/07
    |           Defendants.                  )
19 |                                         )

20 |      TO ALL PARTIES HEREIN, THEIR RESPECTIVE ATTORNEYS OF
21 | RECORD, AND TO THIS HONORABLE COURT:
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 |

F:\WP\Njw-team\DAF\1858-0023-J Medina\Pld\NtcSettlement.wpd

1
**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Defendants, SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT and Sheriff Gary Penrod, have reached a settlement in this matter with Plaintiff, JAMEELAH MEDINA.

DATED: October 17, 2008

LYNBERG & WATKINS
A Professional Corporation

By: _____
DANA ALDEN FOX
GRETA KATZ
Attorneys for Defendants, SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, SHERIFF GARY PENROD

Case: *Medina v. COSB, et al.*
Case No. EDCV07-1600 VAC (OPx)

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 888 South Figueroa Street, 16th Floor, Los Angeles, California 90017.

On October 17, 2008, I served the foregoing document described as follows: ***NOTICE OF SETTLEMENT*** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelope addressed as follows:

**See Attached Service List**

__X__ **(BY MAIL)** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposition for mailing an affidavit.

___ **(BY ELECTRONIC TRANSFER)** I caused all of the pages of the above-entitled document to be sent to the recipient(s) noted via electronic transfer (facsimile) at the respective telephone umbers indicated above.

___ **(BY FEDERAL EXPRESS/OVERNIGHT MAIL)** I caused the above-described document to be served on the interested parties noted as follows by Federal Express/Overnight Mail.

___ **(BY PERSONAL SERVICE):** I caused such envelope to be delivered by hand to the office(s) of the addressee.

__X__ **(FEDERAL)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed October 17, 2008 at Los Angeles, California.

*/s/ Kimberly E. Alvarez*
KIMBERLY E. ALVAREZ

---

F:\WP\Njw-team\DAF\1858-0023-J Medina\Pld\POS.wpd     **PROOF OF SERVICE**     Page 1

Medina v. County of San Bernardino, et al
Case No.: EDCV07-1600 VAP (Opx)
**SERVICE LIST**

| Hector O. Villagra, Esq.<br>ACLU FOUNDATION OF SOUTHERN CALIFORNIA<br>2140 W. Chapman Avenue, Suite 209<br>Orange, CA 92868<br>Phone: (714) 450-3962<br>Fax:    (714) 450-3969<br>email: hvillagra@aclu-sc.org.<br>Attorneys for Plaintiff, Jameelah Medina | Ranjana Nataranjan, Esq.<br>Ranjana Natarajan<br>ACLU Foundation of Southern California<br>1313 W. 8th Street<br>Los Angeles, CA 90017<br>Phone: (213) 977-9500<br>Fax:    (213) 250-3919 |
|---|---|
| Lenora M. Lapidus<br>Ariela M. Migdal<br>AMERICAN CIVIL RIGHTS LIBERTIES UNION FOUNDATION WOMEN'S RIGHTS PROJECT<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Phone: (212) 519-7861<br>Fax:    (212) 549-2580<br>email: llapidus@aclu.org<br>            Amigdal@aclu.org<br>Co-counsel for Plaintiff | Daniel Mach<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION PROGRAM ON FREEDOM OF RELIGION AND BELIEF<br>915 15th Street<br>Washington, DC 20005<br>Phone: (202) 548-6604 [D/L]<br>            (202) 675-2330<br>Fax:    (202) 546-0738<br>email: dmach@dcaclu.org<br>Co-counsel for Plaintif |