1   Hector O. Villagra (Bar No. 177586)
    ACLU FOUNDATION OF SOUTHERN CALIFORNIA
2   2140 W. Chapman Ave., Suite 209
    Orange, California 92868
3   Telephone: (714) 450-3962
    Facsimile: (714) 450-3969
4   Email: hvillagra@aclu-sc.org

5   Attorneys for Plaintiff

6   (Additional Attorneys for Plaintiff Listed on the Following Page)

7

8                    **UNITED STATES DISTRICT COURT**

9            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11  JAMEELAH MEDINA,                    ) Case No. : 5:07-CV-1600
                                        )
12                 Plaintiff,           )
                                        )
13       v.                             ) **ORDER DISMISSING CASE**
                                        )
14  COUNTY OF SAN BERNARDINO, a         )
    political subdivision; GARY PENROD, in )
15  his individual and official capacities; )
    DOES 1 THROUGH 10, in their individual )
16  and official capacities;            )
                                        )
17                 Defendants.          )
                                        )
18                                      )
                                        )
19  _____   )

20

21

22

23

24

25

26

27

28

1   Lenora M. Lapidus (*Pro Hac Vice* - Admitted 12/8/07)
2   Ariela M. Migdal (*Pro Hac Vice* - Admitted 12/8/07)
    AMERICAN CIVIL LIBERITES UNION FOUNDATION
3   WOMEN'S RIGHTS PROJECT
4   125 Broad Street, 18th Floor
    New York, NY 10004
5   Telephone:   (212) 519-7861
6   Facsimile:    (212) 549-2580
    E-Mail: LLapidus@aclu.org
7   E-Mail: AMigdal@aclu.org
8

9
    Daniel Mach (*pro hac vice* - Admitted 12/13/07)
10  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
11  PROGRAM ON FREEDOM OF RELIGION AND BELIEF
12  915 15th Street, NW
    Washington, D.C. 20005
13  Telephone:   (202) 675-2330
14  Facsimile:    (202) 546-0738
    Email: dmach@dcaclu.org
15

16  Attorneys for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7

Pursuant to the settlement reached on October 30, 2008 by and between Plaintiff ("Plaintiff") on the one hand and Defendants County of San Bernardino and Gary Penrod ("Defendants") on the other hand, the general terms of which are memorialized in the Settlement Agreement, all claims by Plaintiff against all Defendants are hereby dismissed, with prejudice.  It is the obligation of the parties requesting dismissal to comply with the terms of the Settlement Agreement.

8
9
10
11
12
13
14

The United States District Court for the Central District of California, Judge Virginia A. Phillips, specifically retains jurisdiction over this case for a term of three years to enforce the Settlement Agreement forming the underpinning of this dismissal, with the condition that no party may seek to enforce the settlement without first providing the other side notice of any alleged violation and a reasonable opportunity to cure the alleged violation and without meeting and conferring in good faith.

15
16
17
18

The Complaint is hereby dismissed with prejudice, subject to the terms of the Settlement Agreement, attached to the Request for Dismissal of Case as Exhibit 1 and incorporated into the record herein.

19

IT IS SO ORDERED.

20
21
22
23

DATED: December 17, 2008   BY: _____

Virginia A. Phillips
United States District Judge

24
25
26
27
28